UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 5/3/2023
```

SYLINIA JACKSON,

        Plaintiff,

-against-

MPWM ADVISORY SOLUTIONS LLC,

        Defendant.

22-CV-6797 (PAE) (BCM)

**ORDER**

**BARBARA MOSES, United States Magistrate Judge.**

    Due to a conflict in the Court's calendar, the status conference originally scheduled for June 6, 2023 at 10:00 a.m. is hereby ADJOURNED to **June 12, 2023** at **11:00 a.m**. The parties shall file their joint status update letter no later than **June 5, 2023**.

Dated: New York, New York
       May 3, 2023

                                SO ORDERED.

                                _____
                                **BARBARA MOSES**
                                **United States Magistrate Judge**